**Opinion issued December 12, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-24-00530-CV**

————————————

**TOISHA DANIEL, Appellant**

**V.**

**CAMILLO A-1 PROPERTY OWNER LLC, Appellee**

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1228860**

**MEMORANDUM OPINION**

Appellant, Toisha Daniel, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellant did not respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

Accordingly, we dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Countiss.